No. 04–1170.  KANSAS *v.* MARSH.  Sup. Ct. Kan.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.  In addition to the question presented by the petition, the parties are directed to brief and argue the following questions: "Does this Court have jurisdiction to review the judgment of the Kansas Supreme Court under 28 U. S. C. § 1257, as construed by *Cox Broadcasting Corp.* v. *Cohn,* 420 U. S. 469 (1975)?"; "Was the Kansas Supreme Court's judgment adequately supported by a ground independent of federal law?"

No. 04–279.  MESSINA ET AL. *v.* PARISH OF ST. CHARLES, LOUISIANA, ET AL.  Ct. App. La., 5th Cir.  Certiorari denied.

No. 04–854.  HILL *v.* TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 04–894.  CZICHRAY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–1130.  SHARPE *v.* CONOLE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–1135.  KOTTARAM *v.* BANK LEUMI, USA, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–1146.  BUBNA *v.* ANCHORAGE EQUAL RIGHTS COMMISSION ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 04–1275.  DUNAGAN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–1277.  MARTHA GRAHAM SCHOOL & DANCE FOUNDATION, INC., ET AL. *v.* SPITZER, ATTORNEY GENERAL OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 04–1280.  LAKESIDE EQUIPMENT CORP. *v.* TOWN OF CHESTER, VERMONT.  Sup. Ct. Vt.  Certiorari denied.